EDWIN B. HOPKINS, Respondent, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant, and Others, Defendants.— Judgment and order of the City

Court of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.